UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE E. JAFFE PENSION PLAN, On Behalf Of Itself and All Others Similarly Situated,<br><br>      Plaintiff(s),<br><br>  v.<br><br>HOUSEHOLD INTERNATIONAL, INC., et al.,<br><br>      Defendant(s). | No. C07-80028 MISC. CRB (BZ)<br><br>**INITIAL DISCOVERY ORDER** |

    All discovery in this matter has been referred to United States Magistrate Judge Bernard Zimmerman.

    In the event a discovery dispute arises, the parties shall meet in person or, if counsel are outside the Bay Area, by telephone and make a good faith effort to resolve their dispute. Exchanging letters or telephone messages about the dispute is insufficient. The Court will not read subsequent positioning letters; parties shall instead make a contemporaneous record of their meeting using a tape recorder or a court reporter.

    In the event they cannot resolve their dispute, the

1

parties must participate in a telephone conference with the Court **before** filing any discovery motions or other papers. The party seeking discovery shall request a conference in a letter served on all parties not exceeding two pages (with no attachments) which briefly explains the nature of the action and the issues in dispute.  Other parties may reply in similar fashion within two days of receiving the letter requesting the conference.  The Court will contact the parties to schedule the conference.

   After the conference with the Court, if filing papers is deemed necessary, they should be filed **electronically** with the Clerk's Office, with **one hard copy delivered directly to Magistrate Judge Zimmerman's Chambers (Room 15-6688)**.  A chambers copy of all briefs shall be submitted on a diskette formatted in WordPerfect 6, 8, 9 10 or 13 or may be e-mailed to the following address: bzpo@cand.uscourts.gov

Dated: January 19, 2007

                                                    _____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\LAWRENCE E. JAFFE PENSION PLAN\INITIAL DISCOVERY.ORD.wpd